UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEVAN KAYAIAN, | ) | 1:06-cv-1633-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TO PLAINTIFF TO PAY THE |
| | ) | $350.00 FILING FEE OR, IN THE |
| | ) | ALTERNATIVE, TO FILE A COMPLETE |
| v. | ) | APPLICATION TO PROCEED IN FORMA |
| | ) | PAUPERIS NO LATER THAN TWENTY |
| AMERICAN AMBULANCE, | ) | DAYS AFTER THE DATE OF SERVICE OF |
| | ) | THIS ORDER (DOC. 2) |
| Defendants. | ) | |
| | ) | ORDER DIRECTING THE CLERK TO SEND |
| | ) | TO PLAINTIFF WITH THIS ORDER A |
| | | BLANK IN FORMA PAUPERIS |
| | | APPLICATION FOR A PLAINTIFF WHO |
| | | IS OUT OF CUSTODY |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Plaintiff filed a complaint and a motion to proceed in forma pauperis on November 14, 2006. However, Plaintiff did not complete the application to proceed in forma pauperis. Plaintiff stated that he had a savings account but did not state the total amount. Plaintiff also stated that he was not currently employed

1

Dockets.Justia.com

but did not indicate the date of his last employment, the amount
of his take-home salary or wages and pay period, or the name and
address of the last employer.

Title 28 U.S.C. § 1915(a)(1) provides that any court of the
United States may authorize the commencement, prosecution of
defense of any civil or criminal suit, action, proceeding, or any
appeal therein, without prepayment of fees or security therefor,
by a person who submits an affidavit that includes a statement of
all assets the person possesses and that the person is unable to
pay such fees or give security therefor. Id.; Floyd v. United
States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997),
modified on other grounds in Callihan v. Schneider, 178 F.3d 800,
801 (6th Cir. 1999).

Here, because Plaintiff did not complete his application,
the Court cannot determine whether Plaintiff qualifies
financially to proceed in forma pauperis. The Court must have all
the information requested in the application. Without knowing the
information requested, the Court cannot determine whether to
grant or to deny the application.

Until a completed application is filed and granted, the
Court will not proceed to screen the complaint and determine
whether to issue an order directing service.

The Court will give Plaintiff an opportunity either to pay
the $350.00 filing fee, or to submit a new application that is
complete and that gives the Court all the required information.

Accordingly, it IS ORDERED that no later than twenty days
after the date of service of this order Plaintiff SUBMIT a
completed application to proceed in forma pauperis OR PAY the

$350.00 filing fee; and the Clerk IS DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person not in custody.

   Plaintiff IS INFORMED that a failure to comply with this order will result in a recommendation that this action be dismissed.


IT IS SO ORDERED.

**Dated:    November 21, 2006**             _____/s/ **Sandra M. Snyder**_____
icido3                                          UNITED STATES MAGISTRATE JUDGE