UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AMBULANCE,<br><br>　　　　　Defendants. | 1:06-cv-1633-AWI-SMS<br><br>ORDER TO PLAINTIFF TO PAY THE $350.00 FILING FEE OR, IN THE ALTERNATIVE, TO FILE A COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS NO LATER THAN TWENTY DAYS AFTER THE DATE OF SERVICE OF THIS ORDER (DOC. 4)<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF WITH THIS ORDER A BLANK IN FORMA PAUPERIS APPLICATION FOR A PLAINTIFF WHO IS OUT OF CUSTODY AND FOR ONE WHO IS IN CUSTODY |

　　　Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

　　　Plaintiff was directed to pay the filing fee or to file a completed in forma pauperis application by the Court's order of November 22, 2006. Plaintiff timely filed an application. However, the application was not complete. Plaintiff stated that

1 he was currently incarcerated but did not state the place of his
2 incarceration. Further, he did not attach a ledger sheet from the
3 institution(s) where he was incarcerated showing the past six
4 months of transactions of his trust account at the institution.
5 Further, Plaintiff stated that he had received disability or
6 workers compensation within the past twelve months, but he did
7 not describe the precise source of the money, the amount
8 received, and the amount expected to be received in the future.

9    Title 28 U.S.C. § 1915(a)(1) provides that any court of the
10 United States may authorize the commencement, prosecution of
11 defense of any civil or criminal suit, action, proceeding, or any
12 appeal therein, without prepayment of fees or security therefor,
13 by a person who submits an affidavit that includes a statement of
14 all assets the person possesses and that the person is unable to
15 pay such fees or give security therefor. Id.; Floyd v. United
16 States Postal Service, 105 F.3d 274, 275-77 (6th Cir. 1997),
17 modified on other grounds in Callihan v. Schneider, 178 F.3d 800,
18 801 (6th Cir. 1999).

19    Here, because Plaintiff did not complete his application,
20 the Court cannot determine whether Plaintiff qualifies
21 financially to proceed in forma pauperis. The Court must have all
22 the information requested in the application. Without knowing the
23 information requested, the Court cannot determine whether to
24 grant or to deny the application.

25    Until a completed application is filed and granted, the
26 Court will not proceed to screen the complaint and determine
27 whether to issue an order directing service.

28    The Court will give Plaintiff another opportunity either to

pay the $350.00 filing fee, or to submit a new application that is complete and that gives the Court all the required information.

Accordingly, it IS ORDERED that

1) No later than twenty days after the date of service of this order Plaintiff SHALL SUBMIT a completed application to proceed in forma pauperis OR PAY the $350.00 filing fee; and

2) Because Plaintiff's custodial status is unclear, the Clerk IS DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person not in custody as well as one for a person in custody so that Plaintiff may elect the correct form.

Plaintiff IS INFORMED that a failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   December 21, 2006**              /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE

3