UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEVAN KAYAIAN, | ) | 1:06-cv-1633-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATION TO DISMISS ACTION |
| | ) | FOR FAILURE TO PAY FILING FEE, |
| v. | ) | FOLLOW COURT ORDER, AND PROSECUTE |
| | ) | CASE (DOCS. 6, 8) |
| AMERICAN AMBULANCE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Plaintiff is proceeding pro se with a civil action for damages and other relief. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   On January 25, 2007, the Magistrate Judge filed findings and a recommendation that the action be dismissed without prejudice because of Plaintiff's failure to comply with the Court's order, pay the filing fee or submit a completed application to proceed in forma pauperis, and prosecute this action.

   The findings and recommendation were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the

1

date of service of the order. Over thirty days have passed, but no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed January 25, 2007, are ADOPTED IN FULL; and

2. The action IS DISMISSED without prejudice for failure to prosecute; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 19, 2007**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE